FILED'09 SEP 08 07:44USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLUMBIA HELICOPTERS, INC., an Oregon corporation,

   Plaintiff,

 v.

CARSON HELICOPTERS, INC., a Pennsylvania corporation formerly named "Carson Services, Inc.,"

   Defendant.

Civ. No. 08-6415-AA

OPINION AND ORDER

AIKEN, Chief Judge:

  Plaintiff Columbia Helicopters, Inc. (Columbia) seeks summary judgment against three counterclaims for declaratory relief asserted by defendant Carson Helicopters, Inc. (Carson). Columbia bases its motion on the Opinion and Order issued in this case on July 16, 2009. Though Carson disagrees with the court's ruling that it has a duty to defend under the parties' Repair/Overhaul Service Agreement, Carson concedes that the court's Opinion and

1 - OPINION AND ORDER

Order applies to its counterclaims. Accordingly, Columbia's Motion for Summary Judgment (doc. 84) as to Carson's First, Second, and Third Counterclaims for Declaratory Relief is GRANTED.

IT IS SO ORDERED.

Dated this 2 day of September, 2009.

_____
Ann Aiken
Chief United States District Judge

2 - OPINION AND ORDER